**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ADDIE HERROD**                                                                      **PLAINTIFF**

**V.**                                             **NO. 4:21-CV-40-DMB-DAS**

**WAL-MART STORES EAST, L.P.**                             **DEFENDANT**

**ORDER**

On February 12, 2021, Addie Herrod filed a complaint in the Circuit Court of Bolivar County, Mississippi, against Wal-Mart Stores East, L.P., alleging that she was injured on the premises of the Cleveland, Mississippi, Wal-Mart store due to Wal-Mart's negligence. Doc. #2. Wal-Mart, invoking diversity jurisdiction, removed the case to the United States District Court for the Northern District of Mississippi on March 29, 2021. Doc. #1.

The notice of removal states that Wal-Mart is a limited partnership organized in Delaware whose sole general partner is WSE Management, LLC, a Delaware limited liability company; and whose sole limited partner is WSE Investment, LLC, another Delaware limited liability company. *Id*. at 2. The notice of removal further alleges that Wal-Mart Stores East, LLC, an Arkansas limited liability company, is the sole member of both WSE Management and WSE Investment. *Id*. Finally, the notice of removal alleges that "Walmart, Inc. is the parent corporation of the referenced entities and was at the time of filing of the Complaint and still is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Arkansas." *Id*. Accordingly, Wal-Mart alleges that "there is complete diversity of citizenship as Plaintiff is a resident of the State of Mississippi, and Defendant Wal-Mart Stores East, LP is a resident of the States of Delaware and Arkansas." *Id*.

The Court has "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." *Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514 (2006). Diversity jurisdiction requires that there be (1) complete diversity between the parties and (2) an amount in controversy more than $75,000. 28 U.S.C. § 1332; *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996). Complete diversity requires that "all persons on one side of the controversy … be citizens of different states than all persons on the other side." *Smith v. Toyota Motor Corp.*, 978 F.3d 280, 281 (5th Cir. 2020).

The citizenship of a limited partnership is determined by the citizenship of its partners. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1015 (2016). The same rule applies to LLCs and their members. *Acadian Diagnostic Labs., L.L.C. v. Quality Toxicology, L.L.C.*, 965 F.3d 404, 408 n.1 (5th Cir. 2020). Thus, "[a] party seeking to establish diversity jurisdiction must specifically allege the citizenship of *every* member of *every* LLC or partnership involved in a litigation." *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017) (emphasis added).

Here, it appears that Wal-Mart's citizenship depends on the citizenship of WSE Investment and WSE Management. The citizenship of these two entities depends on the citizenship of Wal-Mart Stores East, LLC. The citizenship of Wal-Mart Stores East, LLC, depends on the citizenship of its members. But Wal-Mart's statement that "Walmart, Inc. is the parent corporation of the referenced entities" does not specify whether Walmart, Inc. is a member of Wal-Mart Stores East, LLC, or whether there are other members of Wal-Mart Stores East, LLC, whose citizenship must be considered in determining whether diversity jurisdiction exists. Accordingly, within seven (7) days of the entry of this order, Wal-Mart, as the party invoking this Court's jurisdiction, may file an amendment to the notice of removal pursuant to 28 U.S.C. § 1653 only to cure (or clarify) the

deficient allegations of citizenship. If it fails to do so, this action will be remanded for lack of jurisdiction.

**SO ORDERED**, this 9th day of April, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**