IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**ADDIE HERROD**                                                                               **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 4:21-cv-00040-DMB-DAS**

**WAL-MART STORES EAST, LP**                                         **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate that all rights, claims and causes of action arising out of or connected with the above styled and numbered cause, whether or not correctly stated in the Complaint or any pleadings filed herein, shall be dismissed with prejudice, pursuant to a full and final settlement agreement among all parties.

**DATED**, this 14 day of December, 2021.

_____
**ELLIS TURNAGE, MBN 8131**
Attorney for Plaintiff

_____
**BRITT VIRDEN, MBN 10022**
Attorney for Defendant Wal-Mart Stores East, LP